UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Marti Addams-More, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0093 |
| ) | |
| Mutual of Omaha *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 2nd day of January 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [# 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED without prejudice. This is a final appealable Order.

_____
United States District Judge